```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

          - against -             :        ORDER
                                           03 Civ. 2368 (DC)
RICARDO MORALES,                  :        96 Cr. 317 (DC)

                    Defendant.    :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

        The United States Court of Appeals for the Second Circuit having granted defendant Ricardo Morales leave to file a successive § 2255 motion and having issued its mandate, and Morales having requested the appointment of counsel, see Crim. Dkt. No. 189, IT IS HEREBY ORDERED that the request for counsel is GRANTED.  Arthur Kenneth Womble, Esq., is hereby appointed pursuant to the Criminal Justice Act to represent Morales.

        Morales originally had thirty days from the date of this Court's May 15, 2020 order to file an amended § 2255 motion or, in the alternative, to submit a letter stating that he wished to rely on what he has already filed (i.e., his successive § 2255 petition).  See Crim. Dkt. No. 187.  That deadline is hereby extended for an additional thirty days from the date of this order to allow counsel time to review the matter and file an amended § 2255 motion or to inform the Court,

by letter, that he will rely on what Morales has already submitted.

Within thirty days of the date of Morales's submission, the United States Attorney's Office for the Southern District of New York shall file an answer or other pleading in response to the motion.  Morales shall have forteen days from the date on which he is served with the government's answer to file a response.  Absent further order, the motion will be considered fully submitted as of that date.

SO ORDERED.

Dated:   New York, New York
         June 3, 2020

　　　　　　　　　　　　　　　　　　___s/Denny Chin_____
　　　　　　　　　　　　　　　　　　DENNY CHIN
　　　　　　　　　　　　　　　　　　United States Circuit Judge
　　　　　　　　　　　　　　　　　　Sitting by Designation