```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

        - against -                :        ORDER

RICARDO MORALES,                   :        96 Cr. 317 (DC)

                Defendant.         :

- - - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

By letter dated December 4, 2020 from his new attorney, Defendant Ricardo Morales requests permission to file a supplemental compassionate release motion.  Dkt. No. 208.  The request is granted.  Counsel for Mr. Morales is directed to file a supplemental compassionate release motion by **January 29, 2021**.  The Government shall file opposition papers, if any, by **February 12, 2021**.  The Court notes that Mr. Morales has also filed a motion pursuant to 28 U.S.C. § 2255.  The Court will defer decision on that motion until Mr. Morales's compassionate release motion is fully submitted.

SO ORDERED.

Dated:   New York, New York
         January 15, 2021

                                   ___s/Denny Chin_____
                                   DENNY CHIN
                                   United States Circuit Judge
                                   Sitting by Designation