```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

        - against -               :        ORDER

RICARDO MORALES,                  :        96 Cr. 317 (DC)

                Defendant.        :

- - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

On January 15, 2021, this Court set the following briefing schedule with respect to Defendant Ricardo Morales's motion for compassionate release: counsel for Mr. Morales was directed to file supplemental papers by January 29, 2021, and the Government was directed to file opposition papers, if any, by February 12, 2021. Dkt. No. 209. Mr. Morales filed supplemental papers on January 29, 2021. Dkt. No. 211. To date, the Government has not filed any opposition, and it has not responded to the Court's telephone calls. If the Government wishes to file an opposition, it shall do so by **April 19, 2021**; if the Government fails to do so, the Court will decide the motion without the benefit of any further input from the Government.

SO ORDERED.

Dated:   New York, New York
         April 9, 2021

                                                  _____
                                                  DENNY CHIN
                                                  United States Circuit Judge
                                                  Sitting by Designation