UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA :

- against - : **ORDER**

RICARDO MORALES, : 96 Cr. 317 (DC)

Defendant. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On July 9, 2026, defendant Ricardo Morales, represented by counsel, filed a motion for compassionate release and reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. 233.

It is hereby ORDERED as follows:

(1) The Government shall file its response to the motion by Monday August 3; and

(2) If Mr. Morales wishes to submit reply papers, he shall do so by Friday, August 14.

SO ORDERED.

Dated: New York, New York
July 13, 2026

/s/ Denny Chin
DENNY CHIN
United States Circuit Judge
Sitting by Designation